**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  02-cv-2390-REB-CBS (consolidated with 03-cv-2495-REB-CBS)

LISA SIMPSON, and
ANNE GILMORE,

      Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

      Defendants.

---

MINUTE ORDER

---

      Plaintiffs' Unopposed Motion for Leave to File Corrected Exhibit J to Plaintiffs' Opposition to Defendant's Motion for Review of Bill of Costs Filed on June 27, 2005, is DENIED for failure to comply with this court's practice standard REB Civ. Practice Standard V.C.1.  Although counsel submitted proposed order when they filed their pleading to the court, they did not submit a proposed order to this court's e-mail account as directed in Version 1.1 of the ECF Procedures.

Dated: June 30, 2005
-------------------------------------------------------------------------------------------------------------------