**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  02-cv-2390-REB-CBS (consolidated with 03-cv-2495-REB-CBS)

LISA SIMPSON, and
ANNE GILMORE,

     Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

     Defendants.

## MINUTE ORDER

     Plaintiffs' Second Unopposed Motion for Leave to File Corrected Exhibit J to Plaintiffs' Opposition to Defendant's Motion for Review of Bill of Costs Filed on July 1, 2005, is DENIED for failure to comply with this court's practice standard REB Civ. Practice Standard V.C.1.  Although counsel again has submitted a proposed order when they filed their second unopposed motion with the court, they did not submit a proposed order to this court's e-mail account as directed in Section 5.L.2. of the ECF procedures.  If counsel is having difficulties submitting the proposed order to the chambers account, please call Chris Vagner at (303) 335-2009.

Dated: July 1, 2005
-----------------------------------------------------------------------------------------------------------