IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 02-cv-02390 (CBS) (consolidated with 03-cv-02495 (CBS))

LISA SIMPSON AND ANNE GILMORE

Plaintiffs,

vs.

UNIVERSITY OF COLORADO, Boulder, Through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

_____

**ORDER GRANTING PLAINTIFFS' THIRD UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED EXHIBIT J TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR REVIEW OF BILL OF COSTS FILED ON JUNE 27, 2005**
_____

The Court, having reviewed Plaintiffs' Unopposed Motion For Leave to Corrected Exhibit J to Plaintiffs' Opposition to Defendant's Motion for Review of Bill of Costs, finds good cause for the same and hereby orders that:

Plaintiffs' Unopposed Motion For Leave to Corrected Exhibit J to Plaintiffs' Opposition to Defendant's Motion for Review of Bill of Costs GRANTED.

Dated this 8th day of July, 2005, at Denver, Colorado.

BY THE COURT:

s/Robert E. Blackburn
Robert E. Blackburn
United States District Judge