IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 02-cv-02390 (CBS) (consolidated with 03-cv-02495 (CBS))

LISA SIMPSON AND ANNE GILMORE

Plaintiffs,

vs.

UNIVERSITY OF COLORADO, Boulder, Through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

_____

MINUTE ORDER
_____

      Plaintiffs' Motion for Leave to File Joint Reply to [826] the University of Colorado's Response to [805] Plaintiffs' Supplement to Their Motion to Alter or Amend Judgment or for Relief from Judgment and Request for Additional Discovery in Light of the Court's July 1, 2005 Order[#828], filed September 6, 2005, is GRANTED and the Plaintiffs' Joint Reply to [826] the University of Colorado's Response to [805] Plaintiffs' Supplement to Their Motion to Alter or Amend Judgment or for Relief from Judgment and Request for Additional Discovery in Light of the Court's July 1, 2005 Order [#829] is ACCEPTED for filing.

Dated: September 6, 2005
-----------------------------------------------------------------------------------------------------------------