IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 02-cv-02390 (CBS) (consolidated with 03-cv-02495 (CBS))

LISA SIMPSON AND ANNE GILMORE

Plaintiffs,

vs.

UNIVERSITY OF COLORADO, Boulder, Through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

_____

MINUTE ORDER
_____

      Plaintiffs' Motion for Leave to File Supplement to [688] Plaintiffs' Motion to Alter or Amend Judgment or for Relief from Judgment in Light of Court's July 1, 2005 Order [#803], filed August 9, 2005, is GRANTED.

Dated: September 13, 2005
-----------------------------------------------------------------------------------------------------------