IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 02-cv-02390 (CBS) (consolidated with 03-cv-02495 (CBS))

LISA SIMPSON AND ANNE GILMORE

Plaintiffs,

vs.

UNIVERSITY OF COLORADO, Boulder, Through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

_____

MINUTE ORDER
_____

　　　　Plaintiffs' Motion for Leave to File Supplement to [688] Plaintiffs' Motion to Alter or Amend Judgment or for Relief from Judgment in Light of Production of Documents Pursuant to the Court's September 21, 2005 Order [#863], filed October 6, 2005, is GRANTED.   The supplement shall be limited to 10 pages.  The deadlines for filing a response and a reply shall be determined under D.C.COLO.L.Civ.R. 7.1C.

Dated: October 7, 2005
----------------------------------------------------------------------------------------------------------