IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02390-REB-CBS (consolidated with 03-cv-02495-REB-CBS)

LISA SIMPSON and
ANNE GILMORE,

      Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board, the Regents of the University of
Colorado, a body corporate,

      Defendant.

---

## ORDER REGARDING MOTIONS TO SEAL

---

Magistrate Judge Craig B. Shaffer

      THIS MATTER comes before the court on Defendant University of Colorado's Motion

to File [under seal] Exhibit A to Defendant's Objections to Magistrate Judge's March 17, 2005

Order Relating to Deposition Transcript of Steven Snyder (Document # 643), dated March 22,

2005.  The court also has been referred Intervenor Rocky Mountain New's Motion to Release to

the Public the Snyder Deposition (Document # 690), dated April 14, 2005, and Intervenor Rocky

Mountain New's Motion for Clarification of Status of Magistrate Judge's March 17, 2005 Order

and To Release to the Public the Snyder Deposition (Document # 755), dated July 1, 2005.

      On March 17, 2005, this court denied Defendant University's Motion for Protective Order

[Document # 477], filed on January 28, 2005.  While I concluded that the Snyder deposition

transcript should not be sealed in its entirety, I noted that the transcript included several

references to third-parties who retain a legitimate privacy interest worthy of protection.

1

Therefore, the court directed Plaintiffs to prepare and provide to Defendant, on or before April 1, 2005, a redacted version of the Snyder deposition transcript that complies in all respects with my March 17, 2005 Memorandum Order and the attached Appendix.  My Memorandum Order further directed that

> That redacted transcript will be captioned "Submission of Redacted Deposition Transcript of Steven Snyder in Accordance with Magistrate Judge Shaffer's Memorandum Order of March 17, 2005" and shall be filed with Clerk of Court.  In order to ensure a complete record, the court will also GRANT Plaintiffs' Motion for Leave to File Under Seal Exhibits A and B to Plaintiffs' Joint Response in Opposition to Defendant's Motion for Protective Order [Document # 506].

Defendant University filed  Objections to that Memorandum Order (Document # 641) and attached a redacted version of the Snyder deposition as Exhibit A to those Objections. Defendant's Objections were overruled by the District Court in an Order dated September 19, 2005.  Consistent with the District Court's Order, the Redacted Deposition Transcript of Steven Snyder submitted by Plaintiffs in accordance with my March 17, 2005 Memorandum Order should have been unsealed as of September 19, 2005.  Given public access to the properly redacted version of the Snyder deposition transcript, Defendant's Motion to File (Document # 643) is GRANTED and Exhibit A to Defendant's Objections will remain sealed.   Sealing this Exhibit A will not impair the public's ability to understand this court's prior ruling.

In light of my Memorandum Order of March 17, 2005 and the District Court's Order Overruling Objections to Magistrate Judge's Order, Intervenor Rocky Mountain New's Motion to Release (Document # 690) is DENIED as moot.  Similarly, Intervenor Rocky Mountain New's Motion for Clarification (Document # 755) is DENIED as moot.

2

DATED this 20th day of December, 2005.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge