IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-02390-REB-CBS

LISA SIMPSON,

      Plaintiff,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board, the Regents of the University of Colorado, a body corporate,

      Defendant.

*Consolidated with*

Civil Action No. 03-cv-02495-REB-CBS

ANNE GILMORE,

      Plaintiff,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board, the Regents of the University of Colorado, a body corporate,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      Pending before the court is Plaintiffs' Motion for Leave to File Their Joint Reply to [778] Defendant's Response to [758] Court's July 1, 2005, Show Cause Order (filed October 6, 2005; *doc. no. 866*). To date no opposition has been filed. Accordingly the court will treat the motion as unopposed, it is hereby

      **ORDERED** that the instant motion is **GRANTED**. It is further

      **ORDERED** that Plaintiff Simpson's Motion to Stay Ruling on Order to Show Cause (filed October 3, 2005; *doc. no. 862*) is **DENIED** as moot.

**DATED:**      December 29, 2005