IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-02390-REB-CBS

LISA SIMPSON,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board, the Regents of the University of Colorado, a body corporate,

    Defendant.

*Consolidated with*

Civil Action No. 03-cv-02495-REB-CBS

ANNE GILMORE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board, the Regents of the University of Colorado, a body corporate,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is Plaintiffs' Motion to Stay for One Week Ruling on Order to Show Cause [#758] (filed September 26, 2005; *doc. no. 840*). It is hereby

    **ORDERED** that the instant motion is **DENIED**, as moot.

**DATED:**    January 4, 2006