IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-02390-REB-CBS

LISA SIMPSON,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board, the Regents of the University of Colorado, a body corporate,

    Defendant.

*Consolidated with*

Civil Action No. 03-cv-02495-REB-CBS

ANNE GILMORE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board, the Regents of the University of Colorado, a body corporate,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court are the following motions:

1. Plaintiffs' Motion for Leave to File Reply to Defendant's Response [778] to the Court's July 1, 2005, Show Cause Order [758] (filed August 3, 2005; *doc. no. 795*);
2. Defendant's Motion for Leave to File Response to Plaintiffs' Joint Reply to Defendant's Response to the Court's July 1, 2005 Show Cause Order (filed August 19, 2005; *doc. no. 821*); and

3.    University's Unopposed Motion for Leave to File Response to Plaintiffs' Supplement to Their Reply [799] to Defendant's Response [778] to the Court's July 1, 2005 Show Cause Order [758] (filed October 18, 2005; *doc. no. 879*).

It is hereby **ORDERED** that all three instant motions are **GRANTED**.  No further briefing on the court's July 1, 2005, Show Cause Order will be permitted.

**DATED:**      January 6, 2006