IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02390-REB-CBS (consolidated with 03-cv-02495-REB-CBS)

LISA SIMPSON and,
ANNE GILMORE.

      Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board, the Regents of the University of Colorado, a body corporate,

      Defendant.

## ORDER REGARDING PLAINTIFFS' JOINT MOTION TO COMPEL PRODUCTION OF DISCIPLINARY RECORDS (REDACTED) and VARIOUS MOTIONS TO SEAL

Magistrate Judge Craig B. Shaffer

      The matter before the court is "Plaintiffs' Joint Motion to Compel Production of Disciplinary Records (Redacted)" [#852], filed on September 26, 2005.  Defendant filed "University's Amended Response to the Motion to Compel Disciplinary Records [Redacted Motion #852, Replacing Unredacted Motion #570]" [#934] on January 19, 2006.  Plaintiff filed "Plaintiffs' Unredacted Reply in Support of Plaintiffs' Joint Motion to Compel Production of Disciplinary Records" [#941] on January 30, 2006.  District Judge Blackburn entered an Order [#855] referring the Redacted "Plaintiffs' Joint Motion to Compel Production of Disciplinary Records (Redacted) [#852] to this court.

      Rather than an active, pending Motion, "Plaintiffs' Joint Motion to Compel

Production of Disciplinary Records (Redacted)" [#852], was filed to comply with this court's September 21, 2005, ruling with respect to Plaintiffs' Motion to Seal [#581], which was not mooted by Judge Blackburn's March 31, 2005, ruling.  It is not meant to be a reconsideration of Judge Blackburn's ruling rendering moot the unredacted "Plaintiffs' Joint Motion to Compel Production of Disciplinary Records" [#570].

After Judge Blackburn's March 31, 2005, ruling on the Motion for Summary Judgment, the original "Plaintiffs' Joint Motion to Compel Production of Disciplinary Records" [#570] was rendered moot.   Thus, the present "Plaintiffs' Joint Motion to Compel Production of Disciplinary Records (Redacted)" [#852] is, similarly, moot. Therefore, the court will not address the merits of that motion.   However, to avoid any further confusion, I grant Plaintiff's Motion to Seal [#581] with respect to the unredacted "Plaintiffs' Joint Motion to Compel Production of Disciplinary Records" [#570], which remains part of the record.   Therefore,

**IT IS ORDERED** as follows:

1. That, pursuant to Judge Blackburn's March 31, 2005, Order Granting Defendant's Motion for Summary Judgment, Plaintiff's Redacted Version of the Joint Motion to Compel Production of Disciplinary Records (Redacted) [#852], filed on September 26, 2005, **IS MOOT**;

2. That Plaintiffs' Motion to Seal [#581], filed March 14, 2005, which was *not* rendered moot by Judge Blackburn's March 31, 2005, ruling, hereafter **IS GRANTED**;

3. That the Motion to Seal [#921], filed January 18, 2005, **IS GRANTED;**

4. That the Motion to Seal Unredacted Response to Plaintiffs' Joint Motion to Compel Production of Disciplinary Records [#924], filed January 18, 2005, **IS GRANTED**; and

5. That the Motion to Seal Plaintiffs' Reply in Support of Plaintiffs' Joint Motion to Compel Production of Disciplinary Records [#938], filed January 30, 2005, **IS GRANTED**.

DATED this 21st day of February, 2006.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge