**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  02-RB-2390  (CBS) (consolidated with 03-RB-2495 (CBS))

LISA SIMPSON, and
ANNE GILMORE,

    Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendants.

---

MINUTE ORDER[1]

---

    This matter is before the court on the **Plaintiffs' Joint Request for Ruling that Certain Notes Withheld by Defendant from its July 15, 2005, Production be Produced Forthwith** [#802], filed August 4, 2005.  This motion concerns compliance with an order issued by Magistrate Judge Shaffer on July 1, 2005.  After consultation with Magistrate Judge Shaffer, I order that this motion is DENIED.

Dated:  March 23, 2006

-----------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.