IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02390-REB-CBS

LISA SIMPSON AND ANNE GILMORE )
Plaintiffs, )
)
vs. )    NOTICE OF APPEAL
)
UNIVERSITY OF COLORADO, Boulder, )
Through its Board, THE REGENTS OF THE )
UNIVERSITY OF COLORADO, )
a body corporate, )
Defendant. )

Notice is hereby given that Lisa Simpson and Anne Gilmore, Plaintiffs in the above-named case, hereby jointly appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's March 23, 2006, [952] Order Concerning Plaintiffs' Motion to Alter or Amend Judgment. Plaintiffs also appeal the Court's March 31, 2005, [669] Order Granting Defendant's Motion for Summary Judgment and its related April 1, 2005, [670] Judgment. Pursuant to *Wheeler v. American Heritage Bank*, (10th Cir. April 11, 2006), 2006WL925610, Plaintiffs include within their appeal their July 18, 2005, Objections to Portions of July 1, 2005, Memorandum Order, which Objections have not been expressly ruled upon by the District Court as of the date of this Notice.

Dated: April 21, 2006.

OF COUNSEL:

NATIONAL WOMEN'S LAW CENTER
Jocelyn Samuels
Dina R. Lassow
Neena K. Chaudhry
Ellen Eardley

HUTCHINSON BLACK & COOK, LLC

By: ___/s Kimberly M. Hult_____
    Baine P. Kerr
    Kimberly M. Hult
    Christopher W. Ford
    921 Walnut Street, Suite 200
    Boulder, CO 80302
    Phone: (303) 442-6514
    Fax: (303) 442-6593

    kerr@hbcboulder.com
    hult@hbcboulder.com
    ford@hbcboulder.com

    Professor Verna L. Williams
    University of Cincinnati Law School

ATTORNEYS FOR LISA SIMPSON

BENEZRA & CULVER, LLC

By: _____s/ Seth Benezra_____
    Seth J. Benezra
    John A. Culver
    BENEZRA & CULVER, LLC
    141 Union Blvd., Ste. 160
    Lakewood, CO 80228
    Phone: (303) 716-0254
    Fax: (303) 716-0327
    sjbenezra@bc-law.com
    jaculver@bc-law.com

    Peggy Jessel
    4150 Darley Ave., Ste. 7
    Boulder, CO 80305
    Phone: (303) 554-1900
    Fax: (303) 494-3301
    peggy@pjlawllc.com

ATTORNEYS FOR PLAINTIFF
ANNE GILMORE

## CERTIFICATE OF SERVICE

Civil Action No. 1:02-cv-02390-REB-CBS

I hereby certify that on this 21st day of April, 2006, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Larry Pozner | lpozner@hrpwlaw.com |
| Dan Reilly | dreilly@hrpwlaw.com |
| Kay Rice | krice@cooper-clough.com |
| David Temple | david.temple@cudenver.edu |

s/ Tammy M. Chapman
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
Phone: (303) 442-6514
Fax: (303) 442-6593
