**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 02-cv-02390 (CBS) (consolidated with 03-cv-02495 (CBS))

LISA SIMPSON AND ANNE GILMORE

Plaintiffs,

vs.

UNIVERSITY OF COLORADO, Boulder, Through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the **University's Response to [965] Joint Motion for Rule 60(b)(6) Relief or, Alternatively, Action for Equitable Relief from Judgment** [#978], filed April 17, 2007. The response is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1. The defendant shall have until the close of business on **April 20, 2007**, to file a response in compliance with the practice standards.

Dated: April 18, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge.