IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-02390-REB-CBS
*Consolidated with Civil Action No. 03-cv-02495-REB-CBS*

LISA SIMPSON, and
ANNE GILMORE,

    Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Motion to Vacate Minute Order (*doc. no. 995)* is **DENIED**. The October 18, 2007 hearing will not be vacated at this time. The court may reconsider its position in light of further developments.

    IT IS FURTHER ORDERED that the deadline for parties' status reports and confidential settlement statements is extended to on or before **October 15, 2007**.

**DATED:**    September 21, 2007