IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-02390-REB-CBS
*Consolidated with Civil Action No. 03-cv-02495-REB-CBS*

LISA SIMPSON, and
ANNE GILMORE,

    Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Renewed Motion to Vacate Minute Orders (*doc. no. 998*) is **GRANTED**. Parties are not required to submit status reports or confidential settlement statements and the October 18, 2007 hearing is **VACATED**.

    IT IS FURTHER ORDERED that counsel shall notify the court within 72 hours of receipt of a decision by the Tenth Circuit.

**DATED:**   October 12, 2007