**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

November 19, 2007

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE: 06-1184, 07-1182, Simpson, et al v. Univ. of CO-Boulder, et al**
Dist/Ag docket: [02-cv-2390-REB-CBS]

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker

Elisabeth A. Shumaker
Clerk of the Court

cc: Seth J. Benezra
Neena K. Chaudhry
Sean Connelly
John A.. Culver
Stephen S. Dunham
Ellen Eardley
Christopher W. Ford
Jonathan J. Frankel
Katherine A. Gillespie

Kimberly M. Hult
Sarah K. Hurwitz
Margeret R. Jessel
Pamela S. Karlan
Baine P. Kerr
Lenora M. Lapidus
Dina R. Lassow
Anjana Malhotra
Emily J. Martin
Patrick T. O'Rourke
Thomas P. Olson
Larry S. Pozner
Daniel M. Reilly
Kay J. Rice
Jocelyn F. Samuels
Michael W. Schreiner
David P. Temple