IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-02390-REB-CBS
*Consolidated with Civil Action No. 03-cv-02495-REB-CBS*

LISA SIMPSON, and
ANNE GILMORE,

Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Due to a conflict on the court's calendar, the November 27, 2007 status conference and related deadline for submission of status reports and confidential settlement statements are **VACATED**. Parties are directed to contact the court (303.844.2117) no later than **December 3, 2007** to reset the conference.

**DATED:** November 20, 2007