IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-02390-REB-CBS
*Consolidated with Civil Action No. 03-cv-02495-REB-CBS*

LISA SIMPSON, and
ANNE GILMORE,

Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pursuant to telephonic communications with counsel on December 6, 2007, it is hereby

**ORDERED** that the parties shall file a stipulated motion to dismiss with prejudice on or before **December 21, 2007**.

**DATED:** December 6, 2007