IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-02390-REB-CBS
*Consolidated with Civil Action No. 03-cv-02495-REB-CBS*

LISA SIMPSON, and
ANNE GILMORE,

Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Consistent with parties discussion with the court during the telephonic status conference on December 20, 2007, it is

ORDERED that in conjunction with the pending Motion to Enforce Attorney's Lien (*doc. no. 1009)*, Plaintiff Gilmore shall deposit $170,000.00 (USD) into the registry of the U.S. District Court for the District of Colorado. These funds shall remain in the court's registry pending a decision on the motion to enforce.

**DATED:** December 21, 2007