**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 02-cv-02390-REB-CBS**
**(Consolidated w/ 03-cv-02495-REB-CBS)**
**Date: December 20, 2007**

**FTR** - Reporter Deck - Courtroom A402
**Courtroom Deputy:** Ben Van Dyke

---

LISA SIMPSON, *et al*.,

**Plaintiffs,**

W. Randolph Barnhart, via telephone
John A. Culver, via telephone

v.

UNIVERSITY OF COLORADO, Boulder, through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

**Defendant.**

Patrick T. O'Rourke, via telephone

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session: 4:36 p.m.**
Court calls case. Appearances of counsel.

Counsel discuss the status of the case and the issues regarding the filing of a stipulated motion to dismiss with the Court. Counsel state that they plan to deposit a proper amount of funds for the disputed lien into the court's registry.

**ORDERED: The response to the Motion to Enforce Attorney's Lien (doc. 1009) shall be due by January 22, 2008; and the reply is due by February 6, 2008.**

HEARING CONCLUDED.

**Court in Recess: 4:50 p.m.**
Total In-Court Time: 00:14