IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 1:02-cv-02390-REB-CBS (*consolidated with* Civil Action No. 1:03-cv-02495-REB-CBS)

LISA SIMPSON and
ANNE GILMORE,

Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

---

**PLAINTIFF LISA SIMPSON'S AND DEFENDANT THE REGENTS OF THE UNIVERSITY OF COLORADO'S STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

Plaintiff Lisa Simpson and Defendant, The Regents of the University of Colorado, a body corporate ("University"), through their respective undersigned counsel, submit the following Stipulated Motion to Dismiss With Prejudice

The Parties have resolved and settled all claims in this matter and, as part of their agreement, stipulate that this lawsuit be dismissed with prejudice, each party to bear its own fees, costs and expenses.

WHEREFORE, Plaintiff Lisa Simpson and Defendant University respectfully request that this action and all claims herein be dismissed with prejudice.

DATED this 21st day of December, 2007.

Respectfully submitted,

HUTCHINSON BLACK & COOK

Baine P. Kerr kerr@hbcboulder.com
Kimberly M. Hult hult@hbcboulder.com
Christopher W. Ford ford@hbcboulder.com
921 Walnut Street, Suite 200
Boulder, CO 80302
303-442-6514
Facsimile: 303-442-6593

*Attorneys for Plaintiff Simpson*

OFFICE OF UNIVERSITY COUNSEL

Patrick T. O'Rourke Patrick.Orourke@cu.edu
Managing Associate University Counsel
David Temple David.Temple@cu.edu
Senior Associate University Counsel
Special Assistant Attorneys General
University of Colorado
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
Facsimile: 303-860-5650

and

Larry S. Pozner lpozner@litigatiaoncolorado.com
Daniel M. Reilly dreilly@litigationcolorado.com
REILLY POZNER & CONNELLY LLP
511 16th Street, Suite 700
Denver, CO 80202
303-893-6100
Facsimile: 303-893-6110
*Attorneys for Defendant University of Colorado*

DATED this 21st day of December, 2007.

Respectfully submitted,

HUTCHINSON BLACK & COOK

Baine P. Kerr kerr@hbcboulder.com
Kimberly M. Hult hult@hbcboulder.com
Christopher W. Ford ford@hbcboulder.com
921 Walnut Street, Suite 200
Boulder, CO 80302
303-442-6514
Facsimile: 303-442-6593

*Attorneys for Plaintiff Simpson*

OFFICE OF UNIVERSITY COUNSEL

Patrick O'Rourke

Patrick T. O'Rourke Patrick.Orourke@cu.edu
Managing Associate University Counsel
David Temple David.Temple@cu.edu
Senior Associate University Counsel
Special Assistant Attorneys General
University of Colorado
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
Facsimile: 303-860-5650

and

Larry S. Pozner lpozner@litigatiaoncolorado.com
Daniel M. Reilly dreilly@litigationcolorado.com
REILLY POZNER & CONNELLY LLP
511 16th Street, Suite 700
Denver, CO 80202
303-893-6100
Facsimile: 303-893-6110
*Attorneys for Defendant University of Colorado*

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2007, a true and correct copy of the within **PLAINTIFF LISA SIMPSON'S AND DEFENDANT THE REGENTS OF THE UNIVERSITY OF COLORADO'S STIPULATED MOTION TO DISMISS WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Margaret Jessel | peggy@pjlawllc.com |
| Seth J. Benezra | sjbenezra@bc-law.com |
| John A. Culver | jaculver@bc-law.com |
| Larry S. Pozner | lpozner@litigatiaoncolorado.com |
| Daniel M. Reilly | dreilly@litigationcolorado.com |

And I further hereby certify that I have placed a true and correct copy of the foregoing **PLAINTIFF LISA SIMPSON'S AND DEFENDANT THE REGENTS OF THE UNIVERSITY OF COLORADO'S STIPULATED MOTION TO DISMISS WITH PREJUDICE** in the U.S. mail, first-class postage prepaid, to the addresses below, this 21st day of December, 2007, to:

Professor Verna L. Williams
University of Cincinnati College of Law
P.O. Box 210040
Cincinnati, OH 45221-0040

*Attorney for Plaintiff Simpson*

Tammy M. Chapman