IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 1:02-cv-02390-REB-CBS (*consolidated with* Civil Action No. 1:03-cv-02495-REB-CBS)

LISA SIMPSON and
ANNE GILMORE,

Plaintiffs,

v.

UNIVERSITY OF COLORADO, Boulder, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

---

**PLAINTIFF ANNE GILMORE AND DEFENDANT THE REGENTS OF THE UNIVERSITY OF COLORADO'S STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

Plaintiff Anne Gilmore and Defendant, The Regents of the University of Colorado, a body corporate ("University"), through their respective undersigned counsel, submit the following Stipulated Motion to Dismiss With Prejudice

The Parties have resolved and settled all claims in this matter and, as part of their agreement, stipulate that this lawsuit be dismissed with prejudice, each party to bear its own fees, costs and expenses.

The Parties request, however, that the Court retain jurisdiction over a pending Motion to Enforce Attorney's Lien filed by Plaintiff Anne Gilmore's former counsel and agree that the dismissal of Ms. Gilmore's claims against the University will not affect the Court's jurisdiction to hear the Motion to Enforce Attorney's Lien. Plaintiff Gilmore shall deposit the sum of $170,000 in the registry of the Court by no later than December 28, 2007

WHEREFORE, Plaintiff Anne Gilmore and Defendant University respectfully request that this action and all claims herein be dismissed with prejudice.

DATED this 21st day of December, 2007.

Respectfully submitted,

BENEZRA & CULVER LLC

**s/John A. Culver**

Seth J. Benezra sjbenezra@bc-law.com
John A. Culver jaculver@bc-law.com
274 Union Boulevard, Suite 220
Lakewood, CO 80228-1835
303-716-0254
Facsimile: 303-716-0327

*and*

Peggy Jessel peggy@pjlawllc.com
5377 Manhattan Circle, Suite 202
Boulder, CO 80303
303-554-1900
Facsimile: 303-494-3301

*Attorneys for Plaintiff Gilmore*

OFFICE OF UNIVERSITY COUNSEL

**s/Patrick O'Rourke**

Patrick T. O'Rourke Patrick.Orourke@cu.edu
Managing Associate University Counsel
David Temple David.Temple@cu.edu
Senior Associate University Counsel
Special Assistant Attorneys General
University of Colorado
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
Facsimile: 303-860-5650

and

Larry S. Pozner lpozner@litigatiaoncolorado.com
Daniel M. Reilly dreilly@litigationcolorado.com
REILLY POZNER & CONNELLY LLP
511 16th Street, Suite 700
Denver, CO 80202
303-893-6100
Facsimile: 303-893-6110

*Attorneys for Defendant University of Colorado*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2007, a true and correct copy of the within **PLAINTIFF ANNE GILMORE'S AND DEFENDANT THE REGENTS OF THE UNIVERSITY OF COLORADO'S STIPULATED MOTION TO DISMISS WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Baine P. Kerr | kerr@hbcboulder.com |
| Kimberly M. Hult | hult@hbcboulder.com |
| Christopher W. Ford | ford@hbcboulder.com |
| Larry S. Pozner | lpozner@litigatiaoncolorado.com |
| Daniel M. Reilly | dreilly@litigationcolorado.com |

And I further hereby certify that I have placed a true and correct copy of the foregoing **PLAINTIFF ANNE GILMORE'S AND DEFENDANT THE REGENTS OF THE UNIVERSITY OF COLORADO'S STIPULATED MOTION TO DISMISS WITH PREJUDICE** in the U.S. mail, first-class postage prepaid, to the addresses below, this 21st day of December, 2007, to:

Professor Verna L. Williams
University of Cincinnati College of Law
P.O. Box 210040
Cincinnati, OH 45221-0040
*Attorney for Plaintiff Simpson*

**s/Candy Speakman**
________________________________