IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 02-cv-02390 (CBS) (consolidated with 03-cv-02495 (CBS))

LISA SIMPSON AND ANNE GILMORE

Plaintiffs,

vs.

UNIVERSITY OF COLORADO, Boulder, Through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is **Plaintiff Lisa Simpson's and Defendant Regents Of the University Of Colorado's Stipulated Motion To Dismiss With Prejudice** [#1015], filed December 21, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff Lisa Simpson's and Defendant Regents Of the University Of Colorado's Stipulated Motion To Dismiss With Prejudice** [#1015], filed December 21, 2007, is **GRANTED**; and

2. That as between the plaintiff, Lisa Simpson, and the defendant, this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 26, 2007, at Denver, Colorado.

BY THE COURT:
s/ Robert E. Blackburn
**Robert E. Blackburn
United States District Judge**