# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 02-cv-02390 (CBS) (consolidated with 03-cv-02495 (CBS))

LISA SIMPSON and ANNE GILMORE

    Plaintiffs,

vs.

UNIVERSITY OF COLORADO, Boulder, Through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is **Plaintiff Anne Gilmore and Defendant Regents Of the University Of Colorado's Stipulated Motion To Dismiss With Prejudice** [#1016], filed December 21, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff Anne Gilmore and Defendant Regents Of the University Of Colorado's Stipulated Motion To Dismiss With Prejudice** [#1016], filed December 21, 2007, is **GRANTED**;

2. That the Trial Preparation Conference set for December 19, 2008, is **VACATED**;

3. That the jury trial set to commence January 12, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE**; provided, however, that the court retains jurisdiction over the **Motion To Enforce Attorney's Lien** [#1009] filed December 17, 2007.

Dated December 26, 2007, at Denver, Colorado.

**BY THE COURT:**

<u>s/ Robert E. Blackburn</u>
**Robert E. Blackburn
United States District Judge**