Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX006530
Cashier ID: sq
Transaction Date: 12/21/2007
Payer Name: BENEZRA AND CULVER

---

TREASURY REGISTRY
For: BENEZRA AND CULVER
Case/Party: D-COX-1-02-CV-002390-001
Amount: $170,000.00

---

CHECK
Check/Money Order Num: 10206
Amt Tendered: $170,000.00

---

Total Due: $170,000.00
Total Tendered: $170,000.00
Change Amt: $0.00

02-CV-2390-REB-CBS, PER JUDGE
SHAFFER 12/21/07 ORDER

A fee of $45.00 will be assessed on
any returned check.