**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Civil Action No. 1:02-cv-02390-REB-CBS**
**(*consolidated with* Civil Action No. 1:03-cv-02495-REB-CBS)**

**LISA SIMPSON and**
**ANNE GILMORE,**

**Plaintiffs,**

**v.**

**UNIVERSITY OF COLORADO, BOULDER, through its Board,**
**THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,**

**Defendant.**

---

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE ON COUNSEL'S PREVIOUSLY FILED MOTION TO ENFORCE ATTORNEYS' LIEN**

---

Plaintiff Anne Gilmore, by and through her counsel, the law firm of Benezra & Culver, L.L.C., and Peggy Jessel, L.L.C., moves this Court for an Order extending the briefing schedule on the previously filed Motion to Enforce Attorneys' Lien in the above-referenced matter and, as grounds therefor, states as follows:

1. On December 20, 2007, this Court set a briefing schedule on the Motion to Enforce Attorneys' Lien filed by the law firm of Barnhart, Ekker & McNally, L.L.P. The response to the Motion to Enforce Attorneys' Lien is currently due on January 22, 2008 and the reply is currently due on February 6, 2008.

2. The parties have agreed to participate in voluntary mediation on January 23, 2008. The mediation will be conducted by Judge Daniel Hale at Judicial Arbiter Group.

3. The parties are hopeful that they will be able to resolve this matter at mediation and that they will be able to avoid additional attorney fees and expenses associated with briefing.

4. The parties are therefore requesting a ten day extension of the briefing schedule so that the response to the Motion to Enforce Attorneys' Lien shall be due on February 1, 2008 and the reply shall be due on February 15, 2008.

5. **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A.** The parties conferred regarding this Motion and the law firm of Barnhart, Ekker & McNally, L.L.P., Ms. Gilmore's former counsel and the law firm that filed the Motion to Enforce Attorneys' Lien, has no objection to this Motion.

WHEREFORE, Ms. Gilmore respectfully requests that this Motion for Extension of Time be granted.

Respectfully submitted this 17th day of January, 2008.

**BENEZRA & CULVER, L.L.C.**

**s/Seth J. Benezra**

Seth J. Benezra, Esq.
John A. Culver, Esq.
274 Union Blvd., #220
Lakewood, CO 80228-1835
(303) 716-0254
(303) 716-0327 fax
sjbenezra@bc-law.com
jaculver@bc-law.com

Peggy Jessel, Esq.
5377 Manhattan Circle, #202
Boulder, CO 80303
(303) 554-1900
(303) 494-3301 fax
peggy@pjlawllc.com

*Attorneys for Plaintiff Gilmore*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2008, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Baine P. Kerr | kerr@hbcboulder.com |
| Kimberly M. Hult | hult@hbcboulder.com |
| Christopher W. Ford | ford@hbcboulder.com |
| Patrick O'Rourke | Patrick,orourke@cu.edu |
| Larry S. Pozner | lpozner@litigationcolorado.com |
| Daniel M. Reilly | dreilly@litigationcolorado.com |

**s/Candy Speakman**