**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Civil Action No. 1:02-cv-02390-REB-CBS**
**(*consolidated with* Civil Action No. 1:03-cv-02495-REB-CBS)**

**LISA SIMPSON and**
**ANNE GILMORE,**

**Plaintiffs,**

**v.**

**UNIVERSITY OF COLORADO, BOULDER, through its Board,**
**THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,**

**Defendant.**

---

**STIPULATED MOTION TO RELEASE AMOUNT DEPOSITED IN THE REGISTRY OF THE COURT AND TO DISMISS WITH PREJUDICE**

---

The law firm of Barnhart, Ekker & McNally, LLP (hereinafter "BEM"); Benezra & Culver, LLC (hereinafter "B&C"); and Peggy Jessel LLC (hereinafter "Jessel") file this Stipulated Motion to Release the Amount Previously Deposited in the Registry of the Court and to dismiss the lien with prejudice, as follows:

1. On September 24, 2004, BEM filed its Notice of Attorney Lien in this matter.

2. On December 17, 2007, BEM filed its Motion to Enforce Attorney's Lien.

3. On December 20, 2007, this Court ordered Ms. Gilmore to deposit the sum of $170,000 into the registry of the U.S. District Court for the District of Colorado pending a decision on BEM's Motion to Enforce.

4. The parties have now reached a settlement agreement in this matter. Pursuant to that settlement the parties request that this Court Order the Clerk of the Court to release the $170,000 in previously deposited funds to the firm of Benezra &

Culver, LLC. Benezra & Culver, LLC will then distribute these funds pursuant to the Confidential Settlement Agreement between the parties.

5. **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A.** The parties have conferred regarding this Stipulated Motion and all parties are in agreement.

WHEREFORE, the parties jointly request that the amount deposited in the registry of the U.S. District Court of the District of Colorado be released and the previously filed Attorney's Lien be dismissed with prejudice.

Respectfully submitted this 30th day of January, 2008.

**BENEZRA & CULVER, L.L.C.**

**s/Seth J. Benezra**

Seth J. Benezra, Esq.
John A. Culver, Esq.
274 Union Blvd., #220
Lakewood, CO 80228-1835
(303) 716-0254
(303) 716-0327 fax
sjbenezra@bc-law.com
jaculver@bc-law.com

**s/Peggy Jessel**

Peggy Jessel, Esq.
5377 Manhattan Circle, #202
Boulder, CO 80303
(303) 554-1900
(303) 494-3301 fax
peggy@pjlawllc.com

**BARNHART, EKKER & MCNALLY, LLP**

**s/W. Randolph Barnhart**

W. Randolph Barnhart, Esq.
7887 E. Belleview Ave., Ste. 1200
Englewood, CO 80111
Ph. (303)793-0700
Fax (303) 793-1950
rbarnhart@bemllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2008, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Baine P. Kerr | kerr@hbcboulder.com |
| Kimberly M. Hult | hult@hbcboulder.com |
| Christopher W. Ford | ford@hbcboulder.com |
| Patrick O'Rourke | Patrick,orourke@cu.edu |
| Larry S. Pozner | lpozner@litigationcolorado.com |
| Daniel M. Reilly | dreilly@litigationcolorado.com |

**s/Candy Speakman**