IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 02-cv-02390 (CBS) (consolidated with 03-cv-02495 (CBS))

LISA SIMPSON AND ANNE GILMORE

Plaintiffs,

vs.

UNIVERSITY OF COLORADO, Boulder, Through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

## ORDER RELEASING FUNDS DEPOSITED IN THE REGISTRY OF THE COURT AND DISMISSING THE ATTORNEY LIEN WITH PREJUDICE

**Blackburn, J.**

The matter before the court is the **Stipulated Motion To Release Amount Deposited in the Registry of the Court and To Dismiss With Prejudice** [#1023], filed January 30, 2008. After careful review of the stipulated motion and the file, the court has concluded that the stipulated motion should be granted, that the funds deposited into the court registry should be disbursed to the law firm of Benezra & Culver, LLC, and that the motion to enforce attorney's lien should be denied as moot.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Release Amount Deposited in the Registry of the Court and To Dismiss With Prejudice** [#1023], filed January 30, 2008, is **GRANTED**;

2. That the previously deposited funds in the amount of $170,000.00 **SHALL BE DISTRIBUTED** by the Clerk of the Court to the law firm of Benezra & Culver, LLC; and

3. That the **Motion to Enforce Attorney's Lien** [#1009], filed December 17, 2007, is **DENIED** as moot.

Dated January 30, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**