**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 02-cv-02390 (CBS) (consolidated with 03-cv-02495 (CBS))

LISA SIMPSON AND ANNE GILMORE

Plaintiffs,

vs.

UNIVERSITY OF COLORADO, Boulder, Through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court *sua sponte* for entry of an order directing payment of accrued interest. On January 30, 2008, the court entered an order, *see* [#1024] directing the payment of previously deposited funds in the principal amount of $170,000. The order did not address the distribution of accrued interest in the amount of $466. Accrued interest should be remitted to plaintiff, Anne Gilmore.

**THEREFORE, IT IS ORDERED** that the clerk is authorized and directed to pay accrued interest of $466 to plaintiff, Anne Gilmore.

Dated February 7, 2008.

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.